People v Telfair

2026 NY Slip Op 50709(U)

April 30, 2026

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Digest-Index Classification: Unclassified

The People of the State of New York, Respondent,

v

Donald Telfair, Appellant.

Supreme Court, Appellate Term, Second Department, 9th And 10th Judicial Districts

Decided on April 30, 2026

2025-823 S CR

Present: : Joseph R. Conway, J.P., Timothy S. Driscoll, Maureen T. Liccione, JJ

Richard L. Herzfeld, for appellant.
Suffolk County District Attorney (Karla Lato of counsel), for respondent.

Appeal from a judgment of the District Court of Suffolk County, First District (F. Scott Carrigan, J.), rendered April 14, 2025. The judgment convicted defendant, upon a plea of guilty, of petit larceny, and imposed sentence.

[*1]

ORDERED that the judgment of conviction is affirmed.

On January 8, 2025, defendant pleaded guilty to petit larceny (Penal Law § 155.25) under docket No. CR-034712-23SU. Defendant was sentenced on April 14, 2025.

On appeal, defendant argues that his appeal waiver was not knowing, voluntary, and intelligent; that he was deprived of his right to due process when the District Court imposed an enhanced sentence without making further inquiry to determine whether he had violated a presentence condition of his plea agreement by being arrested for a new offense; that this court should apply CPL 420.35 (2-a) to vacate the mandatory surcharge and fees imposed at sentencing despite defendant being over age 21 at the time of the subject offense; and, alternatively, that CPL 420.35 (2-a) is unconstitutional because its limitation of relief to persons under age 21 at the time of the offense constitutes impermissible discrimination.

For the reasons stated in People v Telfair (___ Misc 3d ___, 2026 NY Slip Op ______ [appeal No. 2025-822 S CR], decided herewith), the judgment of conviction is affirmed.

CONWAY, J.P., DRISCOLL and LICCIONE, JJ., concur.

ENTER:

Jennifer Chan

Chief Clerk

Decision Date: April 30, 2026